IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **URSULA NICHOLE WILLIAMS,** on behalf of herself and all others similarly situated**,** | CASE NO. 4:20-cv-01900 |
| Plaintiff, | |
| v. | |
| **LAKEVIEW LOAN SERVICING, LLC, et al.,** | |
| Defendants. | |

## DEFENDANT LAKEVIEW LOAN SERVICING, LLC AND LOANCARE, LLC'S CERTIFICATE OF INTERESTED PARTIES

Defendants Lakeview Loan Servicing, LLC and LoanCare, LLC, hereby certifies the following listed persons or entities have either a financial interest which could be substantially affected by the outcome of this particular case:

1. Defendant Lakeview Loan Servicing, LLC ("Lakeview") is a Delaware limited liability company. Lakeview's sole member is Bayview MSR Opportunity Corp. ("Bayview MSR"), a Delaware limited liability company. Bayview MSR is 100% owned by Bayview MSR Opportunity Master Fund, L.P. Neither Lakeview nor its parent are publicly held.

2. Defendant LoanCare, LLC is a limited liability company, whose sole member is ServiceLink NLS, LLC. ServiceLink NLS, LLC's sole member is ServiceLink Holdings, LLC. ServiceLink Holdings, LLC has a majority member, ServiceLink Holdings, Inc. ServiceLink Holdings, Inc. is a subsidiary of Fidelity National Financial, Inc., which is a publicly traded company.

3. All counsel of record for Defendants:

FIDELITY NATIONAL LAW GROUP
Gregory Brewer (State Bar No. 00792370, Southern District of Texas No. 2175443)
Amanda M. Hoffman (State Bar No. 24070013, Southern District of Texas No. 2274016)
Julia J. Wonnacott (State Bar No. 24070022, Southern District of Texas No. 2583444)
14785 Preston Road, Suite 1150
Dallas, Texas  75254

Telephone: (972) 812-9400
Email:  Gregory.Brewer@fnf.com
         Amanda.Hoffman@fnf.com
         Julia.Wonnacott@fnf.com

HAHN LOESER & PARKS LLP
Erica L. Calderas (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio  44114
Telephone: (216) 621-0150
elc@hahnlaw.com

Michael J. Gleason (admitted *pro hac vice*)
600 West Broadway, Suite 1500
San Diego, California  92101
Telephone:  (619) 810-4310
mgleason@hahnlaw.com

| | |
|---|---|
| Dated: July 29, 2020 | Respectfully submitted, |
| | s/*Gregory Brewer*   |
| | GREGORY BREWER |
| | State Bar No. 00792370 |
| | Southern District of Texas No. 2175443 |
| | AMANDA M. HOFFMANN |
| | State Bar No. 24070013 |
| | Southern District of Texas No. 2274016 |
| | JULIA J. WONNACOTT |
| | State Bar No. 24070022 |
| | Southern District of Texas No. 2583444 |
| | FIDELITY NATIONAL LAW GROUP |
| | 14785 Preston Road, Suite 1150 |
| | Dallas, Texas 75254 |
| | Telephone:  (972) 812-9400 |
| | Email:  Gregory.Brewer@fnf.com |
| |         Amanda.Hoffmann@fnf.com |
| |         Julia.Wonnacott@fnf.com |
| | |
| | Erica L. Calderas (pro hac vice) |
| | Michael J. Gleason (pro hac vice) |
| | HAHN LOESER & PARKS LLP |
| | 200 Public Square, Suite 2800 |
| | Cleveland, OH 44114 |
| | Telephone: 216.621.0150 |
| | Email: elc@hahnlaw.com |
| | Email: mgleason@hahnlaw.com |
| | *Attorneys for Defendants Lakeview Loan Servicing, LLC and LoanCare, LLC* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) on July 29, 2020.

*/s/ Gregory Brewer*
GREGORY BREWER
