| | | |
|---|---|---|
| Fred Hagans<br>fhagans@hagans.law<br><br>Board Certified in:<br>Personal Injury Trial Law<br>By The Texas Board of<br>Legal Specialization |  | 3200 Travis, 4th Foor<br>Houston, TX 77006<br><br>(713) 222-2700<br>hagans.law |

June 17, 2025

Melissa Morgan-Faircloth   *vial email:*  Melissa_Morgan@txs.uscourts.gov
Case Manager
United States Courthouse
515 Rusk Avenue, Room 7007
Houston, Texas 77002

    Re:  *Williams v. Lakeview Loan Servicing, et al.*, Case No. 4:20-cv-01900

Dear Ms. Morgan-Faircloth:

On May 5, 2025, I emailed you a letter informing that the parties had agreed to a mediation with Paul D. Clote on June 3, 2025. I can now report that the parties reached a Settlement Term Sheet and are in the process of finalizing a full Settlement Agreement. It is our hope that the Agreement will be executed, and Plaintiff will file a Motion for Preliminary Approval in the next 30 days.

If there is anything additional that Judge Bryan would like at this time, please let us know.

    Respectfully,

    */s/ Fred Hagans*

    Fred Hagans

cc:    Lee Lowther, llowther@cbplaw.com
       William R. Peterson, William.peterson@morganlewis.com
       James Kauffman, jkauffman@baileyglasser.com
       Randy Pulliam, rpulliam@cbplaw.com
       Willaim Hagans, whagans@hagans.law
       Eric Calderas, elc@hahnlaw.com

964726.1