UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **URSULA NICHOLE WILLIAMS,** on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **LAKEVIEW LOAN SERVICING, LLC** and **LOANCARE, LLC,** <br><br> Defendants. | § § § § § § § § § § § § § § § § | Case No.: 4:20-CV-1900 |

### UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Ursula Nichole Williams ("Plaintiff" or "Settlement Class Representative"), on behalf of herself and all others similarly situated and in accord with the Class Action Settlement Agreement (the "Settlement Agreement") entered into between Plaintiff and Defendant LoanCare, LLC ("LoanCare"), respectfully moves this Court for preliminary approval of the proposed settlement (the "Settlement") of the above-referenced action (the "Action"). More specifically, Plaintiff requests this Court enter an order, substantially in the form attached to the Settlement Agreement as Exhibit D, (1) finding it will likely (a) approve the Settlement and (b) maintaining certification of the certified classes as a single Settlement Class for purposes of judgment on the proposed Settlement; (2) maintaining the appointment of Plaintiff as Class Representative for the Settlement Class; (3) maintaining the appointment of James L. Kauffman and Randall K. Pulliam as Class Counsel; (4) approving the form and manner of notice and directing notice to the Settlement Class; and (5) scheduling a hearing before the Court to determine whether the

Settlement should be finally approved and to consider Plaintiff's request for attorneys' fees, litigation expenses, and a Service Award.

A memorandum of law in support of the instant motion is being contemporaneously filed herewith.

Dated:  August 6, 2025                                  Respectfully submitted,

*/s/ Randall K. Pulliam*
Randall K. Pulliam
Texas Bar No. 24048058
S.D. Tex. Bar No. AK930527
rpulliam@cpblaw.com
**CARNEY BATES & PULLIAM, PLLC**
One Allied Dr., Ste. 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

James L. Kauffman (admitted pro hac vice)
jkauffman@baileyglasser.com
**BAILEY & GLASSER, LLP**
1055 Thomas Jefferson Street, Ste. 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103