United States District Court
Southern District of Texas
**ENTERED**
January 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| URSULA N. WILLIAMS, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:20-cv-01900 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| LAKEVIEW LOAN | § | |
| SERVICING, LLC, and | § | |
| LOANCARE, LLC, | § | |
| Defendants. | § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff Ursula N. Williams filed a class action complaint against Defendants Lakeview Loan Servicing, LLC, and LoanCare, LLC, regarding mortgage loan fees. Dkt 1.

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan, recommending that two pending motions by Plaintiffs be granted, being (i) unopposed motion for final approval of class settlement and entry of final order and judgment, and (ii) motion for attorney fees, litigation expenses, and service award. See Dkt 178; see also Dkts 172 & 175 (motions).

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d

1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

The parties jointly waived the fourteen-day objection period and stated no objection to the recommendation. Dkt 179. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 178.

The order and final judgment as proposed by the Magistrate Judge is ADOPTED and FINAL JUDGMENT is hereby ENTERED on that basis.

This action is DISMISSED WITH PREJUDICE.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on  January 08, 2026 , at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge